IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEN W. DAVIS,

  Plaintiff,

    v.

OCWEN LOAN SERVICING, LLC,

  Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-782-TWT

**ORDER**

    This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending that the Defendant's Motion to Dismiss [Doc. 3] be granted in part and denied in part. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 30th day of June, 2015.

                          /s/Thomas W. Thrash
                          THOMAS W. THRASH, JR.
                          United States District Judge